IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMIE L. RISNER                                                             PLAINTIFF

v.                           No. 3:13-cv-153-DPM

DeVILBISS AIR POWER COMPANY
d/b/a DeWalt Industrial Tool Co.; and
SAM'S WEST INC.                                                          DEFENDANTS

## ORDER

Unopposed motion, № 14, granted. The substitution of Sam's West, Inc. for Wal-Mart Stores, Inc. destroyed complete diversity. № 7 & 8. The Court appreciates Risner's candor in alerting the Court to this defect. Risner's complaint is dismissed without prejudice for want of subject matter jurisdiction.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 October 2013