# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JAMIE L. RISNER                                                    PLAINTIFF

v.                                    No.  3:13-cv-153-DPM

DeVILBISS AIR POWER COMPANY
d/b/a DeWalt Industrial Tool Co.; and
SAM'S WEST INC.                                                    DEFENDANTS

## JUDGMENT

Risner's complaint is dismissed without prejudice for lack of subject

matter jurisdiction.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_11 October 2013_