IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMIE L. RISNER**                                                                          **PLAINTIFF**

v.                                     No. 3:13-cv-153-DPM

**DeVILBISS AIR POWER COMPANY**
**d/b/a DeWalt Industrial Tool Co.; and**
**SAM'S WEST INC.**                                                                        **DEFENDANTS**

## JUDGMENT

Risner's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

*[signature]*

D.P. Marshall Jr.
United States District Judge

11 October 2013